**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONAS R. GAVELIS D.M.D., individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 1:15-cv-14172<br>) |
| v. | ) **CLASS ACTION**<br>) |
| GABBY INVESTMENTS, LLC, a Delaware limited liability company, RICHARD GABRIEL, JEAN MARIE GABRIEL and JOHN DOES 1-10, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, JONAS R. GAVELIS D.M.D., through his undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

JONAS R. GAVELIS D.M.D., individually and as the representative of a class of similarly-situated persons

s/ Alan L. Cantor
Alan L. Cantor
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
Telephone:  617-742-1900 / Fax:  617-367-7193
acantor@swartzlaw.com
AND:

Brian J. Wanca
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500 / Fax: 847-368-1501
bwanca@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                      /s/Alan L. Cantor